# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 30, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

160436(49)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

SC: 160436
COA: 346775
Oakland CC: 2017-265335-FJ

MUHAMMAD ALTANTAWI,
        Defendant-Appellant.

_____/

On order of the Chief Justice, the motion of the Prosecuting Attorneys Association of Michigan to extend the time for filing a brief amicus curiae is GRANTED. The amicus brief submitted on July 24, 2020 is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2020



Clerk